FILED30 SEP '16 16:21USDC-ORP

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**SCOTT E. BRADFORD, OSB #062824**
Scott.Bradford@usdoj.gov
Assistant United States Attorneys
1000 SW Third Ave., Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

3'16 CR-0402-BR

| UNITED STATES OF AMERICA | 3:16-CR-_____ |
|---|---|
| v. | **INFORMATION** |
| **CHRISTOPHER STELLA,** | 18 U.S.C. § 2320(a)(4) |
| **Defendant.** | |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
**(Trafficking in Counterfeit Goods or Services)**
**(18 U.S.C. § 2320)**

Between March 2013 and January 2016, in the District of Oregon, defendant Christopher

Stella did intentionally traffic and attempt to traffic in a drug, specifically counterfeit Viagra,

//

//

//

knowingly using a counterfeit mark, namely Viagra, on and in connection with such drug in violation of 18 U.S.C. § 2320(a)(4).

Dated this 30th day of September 2016.

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

_____
SCOTT E. BRADFORD, OSB #062824
Assistant United States Attorneys